# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward , CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

June 21, 2018

James A Pixton Atty
Po Box 2805
Berkeley, CA 94702

Chapter 13 Case No.: 13-43092-RLE13
Re: Richard Alan Lyons

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 92 months. This is 32 months over the 60 month term per the confirmed plan (Doc# 2). The reason(s) are:

| Creditor Name | Claim# | Scheduled Amount | Claimed Amount |
|---|---|---|---|
| UNITED STATES TREASURY | 9-2 | $19,624.00 | $57,264.14 |

Failure to correct this/these issues could result in a Motion to Dismiss.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:
Richard Alan Lyons
2517 Carisbrook Ct
Hayward, CA 94542