Martha G. Bronitsky  
Chapter 13 Standing Trustee  
Po Box 5004  
Hayward, CA 94540  
(510) 266-5580  

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Richard Alan Lyons | Chapter 13 Case Number: 13-43092-RLE13 |
| Debtors(s) | |

**NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEES MOTION AND DECLARATION TO DISMISS PROCEEDINGS**

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that a hearing will be held on October 16, 2018 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California for the following reason:

Trustees Motion and Declaration to Dismiss Proceedings.

Date: September 21, 2018            /s/ Martha G. Bronitsky  
                                                       Signature of Martha G. Bronitsky  
                                                       Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In Re<br>　　　Richard Alan Lyons | Chapter 13 Case Number:<br>13-43092-RLE13 |
| 2 | | |
| 3 | Debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

September 21, 2018                                    /s/Susana Valdivia
                                                     Susana Valdivia

Richard Alan Lyons                                   James A Pixton Atty
2517 Carisbrook Ct                                   Po Box 2805
Hayward,CA 94542                                     Berkeley,CA 94702

(Debtor(s))                                          (Counsel for Debtor)

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE  19850-0000

Gecrb/Chevron
Po Box 965015
Orlando, FL  32896-0000

Mercedes Benz Financial Svcs C/O Bk Svcg
Po Box 131265
Roseville, MN  55113

True North Ar
100 Wood Hollow Dr Ste 2
Novato, CA  94945-0000

Bank Of America
Po Box 982235
El Paso, TX  79998-0000

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC  27410-0000

| | |
|---|---|
| 1 | Bank Of America |
| | Po Box 982235 |
| 2 | El Paso, TX  79998-0000 |
| 3 | |
| | Ocwen Loan Servicing L |
| 4 | 12650 Ingenuity Dr |
| | Orlando, FL  32826-0000 |
| 5 | |
| | Ocwen Loan Servicing L |
| 6 | 12650 Ingenuity Dr |
| | Orlando, FL  32826-0000 |
| 7 | |
| | Ocwen Loan Servicing |
| 8 | Attn Bankruptcy Deptarment |
| | Po Box 24605 |
| 9 | West Palm Beach, FL  33416 |
| 10 | |
| | Ocwen Loan Servicing |
| 11 | Attn Bankruptcy Deptarment |
| | Po Box 24605 |
| 12 | West Palm Beach, FL  33416 |
| 13 | Fia Card Services Na |
| | Po Box 982284 |
| 14 | El Paso, TX  79998 |
| 15 | |
| | Santander Consumer Usa |
| 16 | 8585 N Stemmons Frwy #1100 N |
| | Dallas, TX  75247-0000 |
| 17 | |
| | Real-Time Resolutions Inc |
| 18 | Po Box 36655 |
| | Dallas, TX  75235-0000 |
| 19 | |
| | Fia Card Services Na |
| 20 | Po Box 982284 |
| | El Paso, TX  79998 |
| 21 | |
| | Pra Receivables Management |
| 22 | Portfolio Recovery Assocs |
| | Po Box 41067 |
| 23 | Norfolk, VA  23541-0000 |
| 24 | |
| | Mercedes Benz Financial Svcs C/O Bk Svcg |
| 25 | Po Box 131265 |
| | Roseville, MN  55113 |
| 26 | |
| 27 | |
| 28 | |

| # | | |
|---|---|---|
| 1 | Ocwen Loan Servicing Llc<br>1661 Worthington Rd #100 Cashiering Dept<br>W Palm Beach, FL 33409<br>(Creditor) | Hayward Water System<br>Po Box 7181<br>Pasadena, CA 91109<br>(Creditor) |
| 2 | Ocwen Loan Servicing Llc<br>1661 Worthington Rd #100 Cashiering Dept<br>W Palm Beach, FL 33409<br>(Creditor) | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040<br>(Creditor) |
| 3 | Mercedes Benz Financial<br>Po Box 5209<br>Carol Stream, IL 601975209<br>(Creditor) | Stellar Recovery Inc<br>4500 Salisbury Rd #10<br>Jacksonville, FL 32216<br>(Creditor) |
| 4 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 958122952<br>(Creditor) | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117<br>(Creditor) |
| 5 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) | California Service Bureau/True North Ar<br>100 Wood Hollow Dr #200<br>Novato, CA 94945<br>(Creditor) |
| 6 | Fia Card Services/B Of A/Mbna<br>Po Box 15102<br>Wilmington, DE 198865102<br>(Creditor) | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265<br>(Creditor) |
| 7 | Fia Card Services/B Of A/Mbna<br>Po Box 15102<br>Wilmington, DE 198865102<br>(Creditor) | Santander Consumer Usa<br>Po Box 560284 Bkry Dept<br>Dallas, TX 753560284<br>(Creditor) |
| 8 | Real Time Resolutions<br>Po Box 35888<br>Dallas, TX 75235<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |
| 9 | Discover Bank Db Servicing Corporation<br>Po Box 3025<br>New Albany, OH 430543025<br>(Creditor) | |
| 10 | Pra Receivables Management<br>Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541<br>(Creditor) | |