**PIXTON LAW**
James A. Pixton (Bar No. 193263)
P.O. Box 2805
Berkeley, California 94702
Telephone (510) 451-6200 Fax (510) 521-8849
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

RICHARD ALAN LYONS,

        Debtor(s).

Case No.: 13-43092

Chapter 13

**DECLARATION OF RICHARD ALAN LYONS IN SUPPORT OF DEBTOR'S SECOND SUPPLEMENTAL STATEMENT IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**

I, RICHARD ALAN LYONS, declare that:

1. I am over the age of eighteen (18).

2. I am the debtor in this case.

3. Attached to this declaration as Exhibit 1 is a copy of a cashier's check for $45,302.32 and a FedEx receipt showing that I am paying the arrears on the first-position mortgage on my home and that the cashier's check is being delivered to the lender's attorney by overnight carrier on October 24, 2018.

4. I have been working with accountant Muhammad Irfan of Tax Magic in Hayward, California to resolve the tax estimate issues for tax years 2009 and 2010.

5. We have been working with Julia Beckett and Sabina Makarov, both agents of the Internal Revenue Service.

6. At the request of the IRS, we are submitting additional documents.

7. All requested document will be provided to the IRS on or before October 25, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Hayward, California, on October 23, 2018.

           ___/s/ Richard Alan Lyons_____
           Richard Alan Lyons

**PIXTON BANKRUPTCY LAW**
P.O. Box 2805
Berkeley, CA 94702
Phone (510) 451-6200 • Fax (510) 521-8849

## OFFICIAL CHECK

**techcu** — TECHNOLOGY CREDIT UNION
P.O. Box 1409, San Jose, CA 95109-1409 • (800) 553-0880

CU SERVICE CENTERS
The Member-Friendly Financial Network

NO. 3244984
DATE 10/23/18
$45,302.32

EXACTLY 45,302 Dollars 32 Cents

PAY TO THE ORDER OF: OCWEN LOAN SERVICING LLC
REF: RICHARD A LYONS
Acc # 707251955

*Signatures: E Kaushige / T Harris*

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC., P.O. BOX 9476, MINNEAPOLIS, MN 55480, DRAWEE: THE BANK OF NEW YORK MELLON, EVERETT, MA   Drawer: Technology Credit Union

⑈3244984⑈ ⑉011007092⑉ 016001203998⑈

---

**FedEx Office**

Address: 22308 FOOTHILL BLVD
HAYWARD CA 94541
Location: HWDKS
Device ID: -BTC02
Transaction: 920212012075

FedEx Priority Overnight   0.1 lbs. (M)   38.50
Declared Value 100

Recipient Address:
ROBERTSON ANSZHUTZ & SCHNEID,
ATTN: SEAN FERRY, ESQ.
7676 HAZARD CENTER DR
STE 500
SAN DIEGO, CA 92108-4508
5612416901 X 2036

Scheduled Delivery Date 10/24/2018

Pricing option: ONE RATE
Package Information: FedEx Envelope

Shipment subtotal: $38.50
Total Due: $38.50
(S) CreditCard: $38.50
*************6279

**Exhibit 1**